AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## WESTERN DISTRICT OF NEW YORK

MICHAEL CHICHERCHIA		**JUDGMENT IN A CIVIL CASE**
				CASE NUMBER: 10-CV-278S

    v.

FOX STUDIOS, et al

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that plaintiff's request to proceed in forma pauperis is Granted; that the complaint is dismissed with prejudice; that the motions for appointment of counsel and the motion for a default judgment are denied as moot and that leave to appeal to the Court of Appeals as a poor person is denied.

Date: July 30, 2010			MICHAEL J. ROEMER, CLERK


				By: s/Suzanne Grunzweig
				    Deputy Clerk